# United States District Court
## Violation Notice

CC15

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7774054 | BERNARDEZ | 751 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 2/4/2018  1450 | 43 CFR 8341-1(d) |

Place of Offense:

King of Hammer

Offense Description: Factual Basis for Charge  CVC 23152(a)(b)   HAZMAT ☐

DUI/DUI .06% BAC

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| MUDER | [redacted] MICHAEL | D |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 7T48501 | CA | 05 | SUBARU | | BK |

A ☒ IF BOX A IS CHECKED YOU MUST APPEAR IN COURT.  
B ☐ IF BOX B IS CHECKED YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

$ _____ Forfeiture Amount  
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE

Court Address: Marine Corps Logistics Base  
Building 235, Joseph Boll Avenue  
Barstow, CA 92311

Date: 5/11/18  
Time: 8 AM

Defendant Signature: [signed]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2/4, 20 18 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/04/2018  
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 03/20/2018 14:56

Incident # LM18011005     CVB Loc. Code 15     Violation Notice #7774054

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I, N. Benavidez #391, state that on 02/04/2018, while exercising my duties as a law enforcement officer in the Central District of California

I was driving a marked BLM law enforcement vehicle and wearing a BLM law enforcement uniform on public lands. I observed a black Subaru drive in a reckless manner and with expired registration tabs. I conducted a traffic stop and made contact with the driver, Michael MOORE. I requested to see his driver's license, registration and insurance forms. I saw two open Coors beer cans in the center console. I could smell alcohol emitting from both MOOREs' body and the vehicle. I requested MOORE to exit the vehicle and I retrieved the two Coors beer cans which were both three quarters full of alcohol. I administered SFST's on MOORE which he showed positive signs for being under the influence. I administrated two PAS tests which resulted in .233% and .203% BAC. I placed MOORE under arrest and transported him to San Bernardino County Jail where I conducted tests of MOOREs' breath using an Intox EC/IR-II with results of .19% BAC on the first test and .20% BAC on the second test. I booked and cited MOORE in San Bernardino County Jail for being in violation of 8341-1(d) CVC 23152(a)(b)operating a vehicle with .08% or higher BAC and cited MOORE for 8341-1(d) CVC 4000(a):registration required and 8341-1(d) CVC 23222(a) open container in vehicle.

The foregoing statement is based upon:
☒ My personal observation        ☐ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: __02/04/2018__        _[signature]_
            Date (MM/DD/YYYY)           Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
            Date (MM/DD/YYYY)           U. S. Magistrate Judge

Page 1 of 1